# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**STANSEL ALEXANDER PROWSE**                                                         **PLAINTIFF**
**ADC #658340**

v.                   **CASE NO. 4:16-CV-00284 BSM**

**FAULKNER COUNTY**
**DETENTION CENTER, et al.**                                                                **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 7] and plaintiff Stansel Prowse's objections [Doc. No. 8] have been reviewed. After reviewing the record, the RD is adopted. The clerk is directed to terminate the Faulkner County Detention Center as a defendant.

IT IS SO ORDERED this 11th day of July 2016.

                                                               /s/ Brian S. Miller
                                                          UNITED STATES DISTRICT JUDGE