# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

STANSEL ALEXANDER PROWSE                                                                   PLAINTIFF
ADC #658340

V.                                       NO: 4:16CV00284 BSM/PSH

FAULKNER COUNTY DETENTION CENTER                                          DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to Chief United States District Judge Brian S. Miller.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Stansel Alexander Prowse filed a *pro se* complaint on May 24, 2016.  On September 22, 2016, mail sent to Prowse at his address of record was returned as undeliverable.  Doc. Nos. 17 & 18.  Accordingly, on September 22, 2016, the Court entered an order directing Prowse to file a notice of his current mailing address within 30 days, and warned him that his failure to do so would result in the recommended dismissal of his complaint.  Because the Arkansas Department of Correction (ADC)website indicated Proswe may have been incarcerated at the ADC's Tucker Unit, the order was sent to Prowse at the Tucker Unit as well as his address of record.

More than 30 days have passed and Prowse has not updated his address or otherwise responded to the order. Under these circumstances, the Court concludes that Prowse's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Stansel Alexander Prowse's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 3rd day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE