**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**STANSEL ALEXANDER PROWSE**                                                                  **PLAINTIFF**
**ADC #658340**

v.                              **CASE NO. 4:16-CV-00284 BSM**

**JOHN RANDALL, et al.**                                                                                 **DEFENDANT**

### ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Patricia Harris [Doc. No. 21] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Stansel Alexander Prowse's complaint [Doc. No. 2] is dismissed without prejudice. *See* Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 23rd day of February 2017.

_____
UNITED STATES DISTRICT JUDGE